NUMBER 13-05-121-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG
___________________________________________________________________
 
IN RE PEDRO BAZAN
__________________________________________________________________

On Petition for Writ of Mandamus
___________________________________________________________________

MEMORANDUM OPINION

Before Chief Justice Valdez and Justices Garza and Wittig


 
Per Curiam Memorandum Opinion




         Relator, Pedro Bazan, filed a petition for writ of mandamus in the above cause
on February 15, 2005. The petition addresses matters relating to an appeal filed by
relator in Cause No. 13-04-209-CV, Pedro Bazan v. Diana Canales, et al., currently
pending before this Court, and specifically concerns matters currently before the Court
on motion filed in that appeal. The petition also addresses matters relating to another
previously filed original proceeding, Cause No. 13-04-043-CV, In re Pedro Bazan, in
which this Court denied relator’s petition for writ of mandamus after due consideration
of the petition and response thereto.
         The Court, having examined and fully considered the instant petition for writ of
mandamus, is of the opinion that relator has not shown himself entitled to the relief
sought. Accordingly, the petition for writ of mandamus is DENIED. See Tex. R. App.
P. 52.8(a). 

                                                                        PER CURIAM


Memorandum Opinion delivered and filed
this 31st day of March, 2005.